IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARK CLAYTON,

       Petitioner,

v.

       Case No. 5D23-1688
       LT Case No. 2018-CF-002410

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed May 26, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Rachael E. Reese, of O'Brian
Hatfield Reese, PA, Tampa, for
Petitioner.

No Appearance for Respondent.

PER CURIAM.

     The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 29, 2022 order denying motion for postconviction relief filed in

Case No. 2018-CF-002410, Duval County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

HARRIS, BOATWRIGHT and MACIVER,  JJ., concur.